IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RHONDA STRINGFELLOW,

    Plaintiff,

vs.                      CASE NO.: 4:05cv372-SPM/AK

WHITE DIRECTORY OF FLORIDA,

    Defendant.

_____/

## ORDER OF DISMISSAL

Upon notification by counsel for Plaintiff that this case has settled, and pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 2nd day of December, 2005.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge